FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) Case No. 10-MJ-1195 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER |
| TYRONE FRANKLIN, | ) HEARING |
| Defendant. | ) (18 U.S.C. § 3142(i)) |

I.

A. ( ) on motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. (X) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion ( ) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1.     1.  ( ) serious risk defendant will flee;
2.     2.  ( ) serious risk defendant will
3.         a.  ( ) obstruct or attempt to obstruct justice
4.         b.  ( ) threaten, injure, or intimidate a prospective
5.             witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

    A.  (x) appearance of defendant as required; and/or
    B.  (x) safety of any person or the community

III.

The Court has considered:

    A.  (X) the nature and circumstances of the offense;
    B.  (X) the weight of evidence against defendant;
    C.  (X) the history and characteristics of the defendant;
    D.  (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

    A. (x) Defendant poses a risk to the safety of other persons or the community based on the allegations in the instant charges.

    B. ( ) History and characteristics indicate a serious risk that defendant will flee based on the instant allegations, as well as defendant's prior actions of fleeing law enforcement.

C.  ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness/juror because:

_____

_____

_____

_____

_____

_____

D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant be Removed to the Middle District of Florida.

Dated: May 21, 2010        _John E McDermott_
                               U.S. Magistrate Judge/District Judge